**Petition for Writ of Mandamus Dismissed in Part and Dismissed as Moot in Part and Memorandum Opinion filed May 15, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-01085-CV

---

### IN RE PATRICIA ANN POTTS AND A.M.W. (A CHILD), Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-74161[1]**

---

### MEMORANDUM OPINION

---

[1] Relator was adjudged a vexatious litigant in Cause No. 2009-74161 by the Honorable Mike Miller, presiding judge of the 11th District Court of Harris County. Judge Miller's judgment prohibits relator from filing, *in propria persona*, any new litigation in this state without the permission of a local administrative judge. This original proceeding stems from relator's request to obtain such permission to file a new litigation for which a separate cause number has not been assigned.

On December 9, 2013, relator Patricia Ann Potts, individually and as next friend of A.M.W., a child, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the local administrative judge of Harris County to rule on her motion for permission as a vexatious litigant to file suit against Helen Marie Leonard in the form of an application for a protective order. In the alternative, relator asks this Court to compel the local administrative judge of Harris County to vacate the February 2010 order designating relator a vexatious litigant.

On May 8, 2014, the Honorable Robert Schaffer, acting in his capacity as local administrative judge of Harris County, signed an order denying relator's motion to file the proposed litigation. This action moots the first form of relief requested by relator in her petition. Accordingly, we dismiss as moot relator's petition for writ of mandamus as it pertains to her request for mandamus relief to compel the local administrative judge of Harris County to rule on her motion to file new litigation.

Relator requests in the alternative that this Court compel the local administrative judge of Harris County to vacate the order designating relator a vexatious litigant. Relator asserts that order violates her constitutional right of due process because she was not properly served. This same claim for relief was presented to this Court previously, and it was dismissed on the grounds that the challenged order is subject to appeal. *See In re Potts*, No. 14-12-00194-CV, 2012 WL 987857, *1 (Tex. App.—Houston [14th Dist.] Mar. 22, 2012, orig. proceeding) (mem. op. per curiam) (citing Tex. Civ. Prac. & Rem. Code

2

§ 11.101(c)). Relator has not presented any reason why this Court should revisit our prior conclusion on this issue, nor are we aware of any such reason. Accordingly, relator's petition for writ of mandamus is dismissed as it pertains to her request for mandamus relief to vacate the order designating her a vexatious litigant.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.

3